UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHERRY ANN JONES,

                Plaintiff,                22-CV-10571 (SN)

  -against-

COMMISSIONER OF SOCIAL SECURITY,            **ORDER**

                Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 9, 2023, the Honorable Ronnie Abrams referred this matter to a magistrate judge to conduct all proceedings and order the entry of a final judgment. See 28 U.S.C. § 636(c).

        The parties are to follow the schedule set out in the December 12, 2022 Standing Order. All pretrial applications must comply with the Individual Practices of Judge Netburn, which are available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.

        Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. Any application not in compliance with this paragraph will be denied.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       January 10, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2023